# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                          NO.   4:23-CR-00045 LPR

CRYSTAL DELEON

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY AT THE ADC WRIGHTSVILLE WOMEN'S FACILITY AND TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of CRYSTAL DELEON, ADC #708321, detained at the ADC Wrightsville Women's Facility, 22526 Asher Road, Wrightsville, Arkansas, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on April 18, 2023 at 2:00 p.m., before the Honorable Thomas J. Ray, and after the proceedings have been concluded, that you return CRYSTAL DELEON, to the ADC Wrightsville Women's Facility under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 16 March 2023.

_____
UNITED STATES MAGISTRATE JUDGE